SOLOMON MARX et al., Respondents, *v.* BERNARD SPAULDING et al., Appellants.

(Argued June 16, 1885; decided June 26, 1885.)

*Samuel Untermeyer* for appellants.

*Alex. Thain* for respondents.

Agree to affirm; no opinion.

All concur.

Order affirmed.

---

MATTHEW HALE et al., Respondents, *v.* JOHN SWINBURNE, Appellant.

(Argued June 16, 1885; decided June 26, 1885.)

*Ira Shafer* for appellant.

*Matthew Hale* for respondents.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.